UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANNY JOE BARBER, III,

                    Plaintiff,

    v.

STATE OF WASHINGTON, et al.,

                    Defendant.

CASE NO.  3:26-cv-05354-RSL

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF 60 DAY EXTENSION TO PAY FILING FEE**

Having reviewed, *de novo*, the Report and Recommendation, plaintiff's objections, and the record, the Court ORDERS as follows:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Plaintiff's IFP application is denied under 28 U.S.C. § 1915(g). Plaintiff's request for a 60 day extension within which to pay the $405.00 filing fee is GRANTED. If Plaintiff fails to pay the $405.00 filing fee within 60 days of the date of this order, the Clerk shall enter a judgment dismissing this matter without prejudice and close the case.

ORDER ADOPTING REPORT AND
RECOMMENDATION AND GRANTING
PLAINTIFF 60 DAY EXTENSION TO PAY
FILING FEE - 1

(3)    The Clerk shall provide Plaintiff a copy of this order.

Dated this 1st day of June, 2026.

Robert S. Lasnik
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION AND GRANTING
PLAINTIFF 60 DAY EXTENSION TO PAY
FILING FEE - 2